PROB 12C
(7/93)

Report Date: April 3, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruberto Vicente Zuniga-Torres    Case Number: 1:14CR02031-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Jerome B. Simandle, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 24, 2007

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine, 21 U.S.C. §§ 846, and 841(a)(1) | |
| Original Sentence: | Prison 57 months; TSR - 60 months | Type of Supervision: Supervised release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: July 9, 2010 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 8, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Zuniga-Torres was found guilty of vehicular assault in Yakima County Superior Court, case number 13-1-00263-4, on November 8, 2013. He was sentenced to 13 months incarceration and 18 months community supervision. |
| | The following is a summary of an incident report completed by the Washington State Patrol: On February 16, 2013, Washington State troopers were called to a three-vehicle accident in Yakima County. The investigation revealed Mr. Zuniga-Torres was driving a silver 2003 BMW when he struck a maroon 1996 Toyota Camry. The force of the impact pushed the Camry into the oncoming lane of travel, where it collided head-on with a red 1999 Dodge Caravan. |
| | Amanda Sanchez-Morales, who was a passenger in Mr. Zuniga-Torres' vehicle, sustained a substantial eye injury and was eventually transported to Harborview Medical Center in Seattle, Washington, for treatment. The driver of the Toyota Camry sustained a fractured |

Prob12C
Re: Zuniga-Torres, Ruberto Vicente
April 3, 2014
Page 2

leg and arm, and was transferred to Harborview Medical Center due to the substantial nature of her injuries. There were two other occupants in the Camry at the time of the collision, both of whom were treated and released from hospitals in Yakima County, Washington. The driver of the Dodge Caravan underwent emergency surgery to remove her spleen at Yakima Memorial Hospital. She also sustained a fracture to her arm, fractures to both legs, and a fractured ankle. She was later transferred to Harborview Medical Center where she underwent two surgeries to repair her legs and ankle. There was an infant child in the Dodge Caravan at the time of the collision. The infant child was in an infant car seat and found to be uninjured.

Mr. Zuniga-Torres was arrested on the date of the collision and provided troopers with identification identifying him as Alvino L. Leon. Mr. Zuniga-Torres subsequently informed investigators of his true name, which was confirmed by fingerprint return. A blood sample that was taken from Mr. Zuniga-Torres the date of the collision returned showing the defendant with a blood ethanol level of .23.

2 **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On February 17, 2013, federal immigration authorities located Ruberto Vicente Zuniga-Torres at the Yakima County Jail. On February 24, 2007, Mr. Zuniga-Torres was convicted in the United States District Court, District of New Jersey, of conspiracy to possess with intent to distribute a controlled substance, and was sentenced to 54 months custody and 5 years supervised release. Mr. Zuniga-Torres was subsequently deported on or about June 1, 2011. Mr. Zuniga-Torres was located at the Yakima County Jail after his arrest for vehicular assault, as detailed in violation number one. The offender is pending trial before Your Honor in docket number 2:13CR02080-TOR-1, for Alien in United States After Deportation, in violation of 8 U.S.C. § 1326, a Class C felony.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/03/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Zuniga-Torres, Ruberto Vicente**
**April 3, 2014**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

April 3, 2014
Date